IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY E. CUNNINGHAM; et al.,

    Plaintiff,     No. CIV S-11-1425 KJM-DAD

  vs.

RBC MORTGAGE CO.; et al.,

    Defendants.     <u>ORDER</u>

_____/

        The court's order dismissing plaintiffs' complaint without prejudice and directing plaintiffs to file an amended complaint within twenty-one (21) days of its entry was entered on March 28, 2012. (ECF 20.) Plaintiffs have not filed an amended complaint, nor have they filed a request for an extension of time to do so.

        Accordingly, the court considers this case to have been abandoned. "[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . ." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991). Local Rule 110 states: "Failure of counsel or a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

1

1  This case is hereby dismissed with prejudice. The clerk of the court is directed to
2  CLOSE this case.
3       IT IS SO ORDERED.
4  DATED: May 3, 2012.

                                          UNITED STATES DISTRICT JUDGE